Susan M Didriksen, Chapter 7 Trustee
PO Box 1460
Shingle Springs, CA 95682
Tel: (530)232-6119
E-mail: didriksen1@gmail.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In re:<br><br>**ALFRED JAMES CARLSON, SR.,**<br><br>Debtor. | Case No. 11-40872-B-7<br>DCN: SMD -1<br><br>DATE: January 3, 2012<br>TIME: 9:32a.m.<br>LOCATION: 501 I Street, 6th Floor<br>Department B<br>Courtroom 32 (6th Floor)<br>Sacramento, CA 95814 |
|---|---|

### TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY OF THE ESTATE
### (11 U.S.C. §363)

The undersigned, Susan M. Didriksen, the court appointed Chapter 7 Trustee (the "Trustee") in the above-captioned Bankruptcy estate of ALFRED JAMES CARLSON, SR., (the "Debtor"), hereby requests that this Court approve the sale of the Bankruptcy's Estate's interest in the following personal property:

- 2004 Ford F150, Mileage 114,000

in an "as is" condition, net of any exemptions, to the Debtor for $1,500, payable in cashier's check over 10 monthly payments of $150/month.

In support of this motion, the undersigned Trustee respectfully represents the following:

1. The Debtor filed a voluntary Chapter 7 Bankruptcy Petition on or about August 26, 2011, and an Order for Relief was entered thereon.

2. Susan M. Didriksen was appointed as the Interim Chapter 7 Trustee on or about August 26, 2011, and continues to serve in that capacity.

3. The Court has jurisdiction over the current motion under 28 U.S.C. §§ 157(a) and 1334. This is a core proceeding under 28 U.S.C. section 157(b)(2)(A), (N) and (O).

Page 1

4. The Debtor filed Schedule B on or about August 26, 2011, and disclosed personal property described as follows:

- "2004 Ford F150, Mileage 114,000" having a fair market value of $9,500

(hereinafter referred to as the "Motor Vehicle").

5. The Debtor's Schedule "C" filed on or about August 26, 2011, claimed. C.C.P. §704.060 monetary exemption pertaining to the Motor Vehicle in the amount of $6,775, and C.C.P. §704.010 monetary exemption pertaining to the Motor Vehicle in the amount of $2,725.

6. The Debtor's Schedule D filed on or about August 26, 2011, disclosed no indebtedness nor obligations secured by the Motor Vehicle.

7. Debtor's exemptions are limited to either C.C.P. §704.060 or C.C.P. §704.010 for the same vehicle.

8. The Debtor, via his attorney, James Keegan, has presented an offer in the amount of $1,500 to purchase the aforementioned Motor Vehicle in an "as-is" condition from the Bankruptcy Estate.

9. The payment will be made over 10 monthly payments of $150 per month in the form of cashier's check.

10. The undersigned Trustee believes that the immediate liquidation of the Subject Personal Property is in the best interest of the Bankruptcy Estate. This proposed sale would also alleviate the typical costs incurred with the sale of vehicles (i.e. smog check and smog certificate, auctioneer's commission, repairs, etc.) and any sales commission attendant to a sale. Therefore, the Trustee requests the approval from this Court to sell the aforementioned Motor Vehicle to the Debtor for the amount of $1,500, subject to any overbids tendered at the Court hearing.

11. At the Court hearing, the Trustee will request that the Court solicits overbids. The Trustee further requests that overbids, if any, be submitted in minimum increments of $200.00 from qualified bidders who much contact the Trustee at least twenty-four hours prior to this hearing. Any successful over bidder must remit the full amount of the cash selling price to the Trustee within twenty-four hours after the Court hearing is concluded.

WHEREFORE, the undersigned Trustee respectfully requests that this Court: A.) Approve the sale of the aforementioned Motor Vehicle to the Debtor in the manner stated herein, B.) Provide

authority for the Trustee to execute all documents necessary to complete the contemplated sale; and, C.) Provide for such other relief as the Court deems appropriate.

Respectfully submitted,

Dated:   December 3, 2011            /s/ Susan M. Didriksen
                                                 Susan M. Didriksen, Chapter 7 Trustee